IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DOUGLAS MARCUM, | : |
| Plaintiff, | : |
| | Case No. 3:15cv00245 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 2, 2016 (Doc. #12) is ADOPTED in full;

2. The Commissioner's non-disability finding is vacated;

3. No finding is made as to whether Plaintiff Douglas Marcum was under "disability" within the meaning of the Social Security Act;

4. This matter is remanded to the Social Security Administration under Sentence 4 of 42 U.S.C. §405(g) for further consideration consistent with this Decision and Entry, and the Report and Recommendations; and

5. The case is terminated on the docket of this Court.

August 23, 2016                                                        THOMAS M. ROSE

_____
Thomas M. Rose
United States District Judge